THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HAROLD STEARN, Appellant.

(Argued November 27, 1934; decided December 31, 1934.)

*Clarence Unckless* for appellant.

*William C. Martin, District Attorney (Donald M. Mawhinney* and *William H. Bowers* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Dissenting: LEHMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VINCENT DELEO, Appellant.

(Argued December 3, 1934; decided December 31, 1934.)

*Deane Ramey, Henry E. Kaltum* and *Jeremiah W. Davern* for appellant.

*Andrew W. Ryan, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion. (See 266 N. Y. 612.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.